**Petition for Permissive Appeal Dismissed and Memorandum Opinion filed July 23, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00566-CV

## UNITED STATES ENVIRONMENTAL SERVICES, LLC, Appellant

## V.

## ROBERT PARKER, III, Appellee

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. CV-0072607**

## M E M O R A N D U M   O P I N I O N

On July 6, 2015, appellant United States Environmental Services, LLC filed a petition for permissive appeal with this court. Before this court could take action on appellant's petition, appellant filed a letter with this court on July 20, 2015, advising that it no longer desires to pursue its permissive appeal, as the controversy between appellant and appellee Robert Parker, III, has been resolved.

We construe appellant's letter as a motion to withdraw its petition for permissive appeal. Accordingly, we grant appellant's motion, and we dismiss the petition for permissive appeal.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.